**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GARY LEON WEBSTER,
ADC #114018                                                                                           PLAINTIFF

V.                                        3:18CV00248-DPM-JTK

MARTY BOYD, et al.                                                                                 DEFENDANTS

<u>**ORDER**</u>

This matter is before the Court on Plaintiff's Motion to Appoint Counsel and for Copies
(Doc. No. 8).

While a <u>pro se</u> litigant has no statutory or constitutional right to appointed counsel in a civil
case, <u>Stevens v. Redwing</u>, 146 F.3d 538, 546 (8th Cir. 1998), the Court may, in its discretion,
appoint counsel for non-frivolous claims where "the nature of the litigation is such that plaintiff as
well as the court will benefit from the assistance of counsel." <u>Johnson v. Williams</u>, 788 F.2d
1319, 1322 (8th Cir. 1986). In evaluating the plaintiff's request in <u>Johnson</u>, the Court considered
four factors: (1) the factual and legal complexity of the case; (2) the plaintiff's ability to investigate
the facts; (3) the presence or absence of conflicting testimony; and (4) the plaintiff's ability to
present his claims. <u>Id</u>. at 1322-23.

Having considered the above factors, the Court finds that Plaintiff's motion should be
denied at this time. Plaintiff has not yet paid the $400 filing fee for this action or filed a complete
motion to proceed <u>in forma pauperis</u>. Therefore, his Motion is denied without prejudice as
premature. Accordingly,

IT IS THEREFORE ORDERED that:

1.        Plaintiff's Motion to Appoint Counsel (Doc. No. 8) is DENIED without prejudice.

1

2.     Plaintiff's Motion for Copies (Doc. No. 8) is GRANTED.  The Clerk is directed to forward to Plaintiff a copy of the docket sheet.

IT IS SO ORDERED this 30th day of January, 2019.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE