IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER,
ADC #114018                                            PLAINTIFF

v.                        3:18CV00248-DPM-JTK

MARTY BOYD, et al.                             DEFENDANTS

**ORDER**

Plaintiff has submitted an Amended Complaint (Doc. No. 18) pursuant to the Court's February 6, 2019 Order (Doc. No. 12). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's claims against Defendants Becker and Gibson. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Becker and Gibson. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 18) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 6th day of March, 2019.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

1