IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER
ADC #114018                                                              PLAINTIFF

v.                        No. 3:18-cv-248-DPM-JTK

MARTY BOYD, Sheriff, Craighead
County; BECKER, Deputy, Craighead
County Detention Center; and GIBSON,
Deputy, Craighead County Detention Center                    DEFENDANTS

## ORDER

Unopposed partial recommendation, № 22, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Webster's claims against Boyd and the unnamed medical administrator are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 March 2019