# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARY LEON WEBSTER,                                         PLAINTIFF
ADC #114018

v.                                3:18CV00248-JTK

MARTY BOYD, et al.                                        DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Motion for Summary Judgment due to lack of exhaustion (Doc. No. 45). In his response, Plaintiff states that he submitted several requests for paper grievance forms but was denied by deputies and members of the administrative staff. (Doc. No. 48, p. 2) According to the Jail Grievance procedure, a grievance is to be submitted in the form of a written statement by the inmate of a specified form and shall be transmitted without interference. (Doc. No. 47-3, p. 1) In addition, although the Defendants submit copies of sick call requests and commissary forms submitted by Plaintiff in support of their claim that he was familiar with the grievance process, those forms do not resemble the grievance form which accompanies the grievance policy (Id., p. 3).

**Defendants shall submit a Reply within ten days of this Order addressing:**

1.       Plaintiff's claim that he was denied a written grievance form to submit a medical grievance;

2.       The process inmates should follow in obtaining grievance forms and submitting them to staff;

3.       The difference between the kiosk requests (ie: sick call and commissary) and the submission of a grievance, and how the former constitutes proof of Plaintiff's experience with the

grievance process.

IT IS SO ORDERED this 14th day of August, 2019.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE