IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBTSER,                                                                PLAINTIFF
ADC #114018

v.                                    3:18CV00248-JTK

MARTY BOYD, et al.                                                               DEFENDANTS

## ORDER

Plaintiff's Motion to Vacate this Court's January 13, 2020 Memorandum and Order and Judgment (Doc. No.85) is DENIED. Plaintiff and Defendant consented to my jurisdiction on June 13, 2019, in accordance with 28 U.S.C.§ 636(c). (Doc. No 40)

IT IS SO ORDERED this 21st day of September, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE